# SECRET

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.** 26-03048-01-CR-S-BP |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. §§ 922(g)(9) and 924(a)(2)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **JOSEPH L. BEAL,**<br>[DOB: 7-15-1979] | |
| Defendant. | **COUNT 2 and 3**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment (Each Count of Conviction) |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or between October 17, 2024, and August 15, 2025, in Greene County, in the Western District of Missouri, the defendant, **JOSEPH L. BEAL**, did knowingly possess a firearm, that is a Taurus revolver, bearing serial number ACG083158, knowing that he had been convicted of a misdemeanor crime of domestic violence, to wit: domestic assault in the third degree in the Circuit Court of Greene County, Missouri in Case No. 1231-CR00418, committed against L.B., all in violation of Title 18, United States Code Sections 922(g)(9) and 924(a)(2).

1

Case 6:26-cr-03048-BP    Document 1    Filed 03/11/26    Page 1 of 3

<u>**COUNT 2**</u>

On or about October 10, 2024, in Greene County, in the Western District of Missouri, the defendant, **JOSEPH L. BEAL**, in connection with the acquisition of a firearm, that is a Taurus revolver, bearing serial number ACG083158, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to a licensed dealer of firearms, Loftis Jewelry & Pawn, which statement was intended and likely to deceive a licensed dealer of firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he had not ever been convicted in any court of a misdemeanor crime of domestic violence, when in fact as the defendant then knew, he had been convicted of a misdemeanor crime of domestic violence, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

<u>**COUNT 3**</u>

On or about July 18, 2025, in Greene County, in the Western District of Missouri, the defendant, **JOSEPH L. BEAL**, in connection with the acquisition of a firearm, that is a Smith & Wesson pistol, bearing serial number EHW8265, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to a licensed dealer of firearms, Loftis Jewelry & Pawn, which statement was intended and likely to deceive a licensed dealer of firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he had not ever been convicted in any court

2

of a misdemeanor crime of domestic violence, when in fact as the defendant then knew, he had been convicted of a misdemeanor crime of domestic violence, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*

**FOREPERSON OF THE GRAND JURY**

*Stephanie L. Wan*

**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Dated:  March 11, 2026
        Springfield, Missouri

3